| Attorney or Party without Attorney: <br> DOMINIC V. SIGNOROTTI, ESQ [SBN 267712] <br> BUCHMAN PROVINE BROTHERS SMITH LLP <br> 2033 NORTH MAIN ST. <br> SUITE 720 <br> WALNUT CREEK, CA 94596 <br> Telephone No: 925-944-9700 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | |
| Plaintiff: MYSFYT, INC., a California corporation | |
| Defendant: SECRET BY NATURE, LLC, an Ohio limited liability company; et al. | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:16-cv-03806-HRL |
|---|---|---|---|---|

1. I, RICHARD PURSER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Austin Song as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CIVIL COVER SHEET.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 07/15/16 | 4:55pm | Business | BUSINESS LOCKED UP. CAR OUT FRONT. Attempt made by: JASON BUTLER. Attempt at: 2250 EAST ENTERPRISE PARKWAY TWINSBURG, OH 44067. |
| Sat | 07/16/16 | 10:30am | Business | BUSINESS LOCKED. CAR OUT FRONT. Attempt made by: JASON BUTLER. Attempt at: 2250 EAST ENTERPRISE PARKWAY TWINSBURG, OH 44067. |
| Sat | 07/16/16 | 8:40pm | Business | BUSINESS LOCKED. CAR NOT THERE. Attempt made by: JASON BUTLER. Attempt at: 2250 EAST ENTERPRISE PARKWAY TWINSBURG, OH 44067. |
| Thu | 07/21/16 | 3:45pm | Business | Substituted Service on: Austin Song Business - 2250 EAST ENTERPRISE PARKWAY TWINSBURG, OH 44067 by Serving: SENG SONG, CO-WORKER. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: JASON BUTLER |
| Mon | 07/25/16 | | | Mailed copy of Documents to: Austin Song |

3. Person Executing
   a. RICK PURSER
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jul. 22, 2016

AFFIDAVIT OF DUE DILIGENCE        RICHARD PURSER

7299047:tg.bucpro.822695